BUFTER AMUSEMENT CORPORATION, Appellant, v. RUSSELL GARRISON, as Receiver of ABBOTT & BROWN, Appellant, and WOLF KARSKY, Respondent.— Appeal dismissed unless appellants shall serve brief in typewritten form by May fifth and be ready for argument any day during following week. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.